## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: James F. Rogan III         |         CHAPTER 13
        Amy T. Rogan

            <u>Debtors</u>         |        BKY. NO. 13-23567 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF4, and index same on the master mailing list.

Re: Loan # Ending In: 4607

                                 Respectfully submitted,

                                   **<u>/s/ Matthew J. McClelland, Esquire</u>**
                                   Matthew J. McClelland, Esquire
                                   mmcclelland@kmllawgroup.com
                                   Attorney I.D. No.319482
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   Phone: 215-627-1322
                                   Fax: 215-627-7734
                                   Attorney for Movant/Applicant