Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James F. Rogan III
Amy T. Rogan**
   Debtor(s)

Bankruptcy Case No.: 13–23567–TPA
Related to Docket No. 63
Chapter: 13
Docket No.: 64 – 63
Concil. Conf.: August 17, 2017 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **July 17, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **July 21, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **August 17, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 22, 2017

cm: All Creditors and Parties In Interest

*(signature)*
Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 13-23567-TPA
James F. Rogan, III                                                Chapter 13
Amy T. Rogan
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: vson              Page 1 of 2           Date Rcvd: May 22, 2017
                               Form ID: 213            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db/jdb         +James F. Rogan, III,    Amy T. Rogan,    134 Christy Rd.,    Saxonburg, PA 16056-8732
13713809       +AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
13713811        Ability Recovery Services,    PO Box 431,    Wyoming, PA 18644
13713813       +Bureau of Collection,    7575 Corporate Way,    Room 301,    Eden Prairie, MN 55344-2022
13713814       +CB Accounts, Inc.,    124 SW Adams Street,    Suite 215,    Peoria, IL 61602-2321
13713819       +First National Bank,   c/o AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
13713820       +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
13699813      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage,    350 Highland Drive,   Lewisville, TX 75067)
13713822        UPMC Physician Services,    c/o State Collection Service,    Pittsburgh, PA 15238
13776794       +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,    P.O. Box 1289,
                 Peoria, IL 61654-1289

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13713812       +E-mail/Text: seinhorn@ars-llc.biz May 23 2017 01:23:12     ACC, LLC,
                 One Montage Mountain Road,    Moosic, PA 18507-1777
13775620       +E-mail/Text: bncmail@w-legal.com May 23 2017 01:22:43     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13714474       +E-mail/Text: bankruptcy@cavps.com May 23 2017 01:22:50     Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13713816       +E-mail/Text: EBNProcessing@afni.com May 23 2017 01:22:40     Dish Network,
                 c/o Anderson Financial,    PO Box 3097,    Bloomington, IL 61702-3097
13713817       +E-mail/Text: bknotice@erccollections.com May 23 2017 01:22:37     Enhanced Recovery Corp,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13713818       +E-mail/Text: bankruptcy@icsystem.com May 23 2017 01:23:02     Enterprise Rent A Car,
                 c/o IC Systems,    444 Highway 96E,    Saint Paul, MN 55127-2557
13723183        E-mail/Text: JCAP_BNC_Notices@jcap.com May 23 2017 01:22:48     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13713821       +E-mail/Text: bankruptcydepartment@tsico.com May 23 2017 01:23:07     Progressive,
                 c/o NCO Financial Svcs/99,    PO Box 15636,    Wilmington, DE 19850-5636
13727581        E-mail/Text: bnc-quantum@quantum3group.com May 23 2017 01:21:56
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*             U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13713810*      +AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
13713815*      +CB Accounts, Inc.,    124 SW Adams Street,    Suite 215,    Peoria, IL 61602-2321
13723184*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13766697*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                 PO Box 630267,    Irving, TX 75063)
                                                                                      TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                 Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: vson                  Page 2 of 2           Date Rcvd: May 22, 2017
                              Form ID: 213                Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com
              James   Warmbrodt     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF4
               bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor James F. Rogan, III julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Kenneth  Steidl    on behalf of Joint Debtor Amy T. Rogan julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Matthew John McClelland    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF4
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```