FILED
8/21/17 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JAMES F. & AMY T. ROGAN | | |
| **Case Number:** | 13-23567-TPA | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 17, 2017 09:00 AM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

### *Matter:*

#63 - Trustee's Certificate of Default to Dismiss
#66 Resp by Debtor
**R / M #:**  63 / 0

### *Appearances:*

*J. Steidl*

Debtor:
Trustee:  Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
       Objections are due on or before _____ .
       A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____
10. __X__ Other:  *Resolved THROUGH recommended order*