FILED
8/21/17 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

(N.)

| | |
|---|---|
| In re:<br>JAMES F. ROGAN, III<br>AMY T. ROGAN<br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>        Movant<br>    vs.<br>JAMES F. ROGAN, III<br>AMY T. ROGAN<br>        Respondent(s) | Case No. 13-23567TPA<br>Chapter 13<br><br>Related to Document No. 63 |

## ORDER

AND NOW, this 21st day of August, 2017, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____$ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

        (1)    the time deadline provided by state law; or

        (2)    30 days after the date of this notice.

[X] This case is not dismissed. The plan term is extended to a total of *N/A* months; the monthly plan payment amount is changed to $*2273* effective *9/1/7*.

[ ] This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed \_\_\_\_ with / \_\_\_\_ without prejudice, without further notice or hearing.

[ ] Other: _____

BY THE COURT:

Dated: August 21, 2017

*/s/ Signature*
United States Bankruptcy Judge

ljm

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                            Case No. 13-23567-TPA
James F. Rogan, III                                               Chapter 13
Amy T. Rogan
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                 Page 1 of 2                  Date Rcvd: Aug 21, 2017
                              Form ID: pdf900            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db/jdb         +James F. Rogan, III,    Amy T. Rogan,    134 Christy Rd.,    Saxonburg, PA 16056-8732
13713809       +AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
13713811        Ability Recovery Services,    PO Box 431,    Wyoming, PA 18644
13713813       +Bureau of Collection,    7575 Corporate Way,    Room 301,    Eden Prairie, MN 55344-2022
13713814       +CB Accounts, Inc.,    124 SW Adams Street,    Suite 215,    Peoria, IL 61602-2321
13713818       +Enterprise Rent A Car,    c/o IC Systems,    444 Highway 96E,    Saint Paul, MN 55127-2557
13713819       +First National Bank,    c/o AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
13713820       +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
13699813      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13713821       +Progressive,    c/o NCO Financial Svcs/99,    PO Box 15636,    Wilmington, DE 19850-5636
13713822        UPMC Physician Services,    c/o State Collection Service,    Pittsburgh, PA 15238
13776794       +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,    P.O. Box 1289,
                Peoria, IL 61654-1289

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13713812       +E-mail/Text: seinhorn@ars-llc.biz Aug 22 2017 01:09:29      ACC, LLC,
                One Montage Mountain Road,    Moosic, PA 18507-1777
13775620       +E-mail/Text: bncmail@w-legal.com Aug 22 2017 01:09:13      CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13714474       +E-mail/Text: bankruptcy@cavps.com Aug 22 2017 01:09:19      Cavalry SPV II, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13713816       +E-mail/Text: EBNProcessing@afni.com Aug 22 2017 01:09:13      Dish Network,
                c/o Anderson Financial,    PO Box 3097,   Bloomington, IL 61702-3097
13713817       +E-mail/Text: bknotice@erccollections.com Aug 22 2017 01:09:11      Enhanced Recovery Corp,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
13723183        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 22 2017 01:09:17      Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13727581        E-mail/Text: bnc-quantum@quantum3group.com Aug 22 2017 01:08:55
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13713810*      +AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
13713815*      +CB Accounts, Inc.,    124 SW Adams Street,    Suite 215,    Peoria, IL 61602-2321
13723184*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
13766697*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                PO Box 630267,    Irving, TX 75063)
                                                                                 TOTALS: 2, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy              Page 2 of 2            Date Rcvd: Aug 21, 2017
                              Form ID: pdf900         Total Noticed: 19
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2017 at the address(es) listed below:

```
          Alexandra Teresa Garcia     on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com
          James  Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF4
           bkgroup@kmllawgroup.com
          Kenneth   Steidl    on behalf of Debtor James F. Rogan, III julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Kenneth   Steidl    on behalf of Joint Debtor Amy T. Rogan julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Matthew John McClelland     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF4
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```