IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James F. Rogan, III, | ) | Case No 13-23567 TPA |
| Amy T. Rogan, | ) | Chapter 13 |
| *Debtors* | ) | Related to Docket No. 71 |
| | ) | |
| James F. Rogan, III, | ) | |
| Social Security No. XXX-XX-0161 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Great Arrow Builders, LLC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 5, 2017, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Great Arrow Builders, LLC
Attn: Payroll Dept.
1413 9th Avenue
Beaver Falls, PA 15010-4106

Date of Service:     September 5, 2017     /s/ Kenneth Steidl
                                            Kenneth Steidl, Esquire
                                            STEIDL & STEINBERG
                                            28th Floor, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            ken.steidl@steidl-steinberg.com