**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/19/2018

IN RE:

JAMES F. ROGAN, III
AMY T. ROGAN
134 CHRISTY RD.
SAXONBURG,  PA  16056
XXX-XX-0161          Debtor(s)

XXX-XX-5739

Case No.13-23567 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/19/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim | Court Claim | INT % | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | 1 | 6 | 0.00% | 0.00 | PMT/DECL*DKT4PMT-LMT*BGN 9/13 | MORTGAGE REGULAR PAYME[николаев] | 4607 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br>MONROEVILLE, PA  15146 | 2 | | 0.00% | 0.00 | | UNSECURED CREDITOR | 7 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129*<br>MONROEVILLE, PA  15146 | 3 | | 0.00% | 0.00 | | UNSECURED CREDITOR | 7 |
| **ABILITY RECOVERY SERVICES LLC**<br>POB 4031<br>WYOMING, PA  18644 | 4 | 5 | 0.00% | 1,508.57 | 7665/SCH | UNSECURED CREDITOR | 6502 |
| **BUR COL RECO++**<br>7575 CORPORATE WAY<br>EDEN PRAIRIE, MN  55344 | 5 | | 0.00% | 0.00 | | UNSECURED CREDITOR | 5498 |
| **CB ACCOUNTS****<br>POB 1289<br>PEORIA, IL  61654 | 6 | | 0.00% | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 1648 |
| **CB ACCOUNTS****<br>POB 1289<br>PEORIA, IL  61654 | 7 | | 0.00% | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 1557 |
| **AFNI**<br>P.O. BOX 3097<br>BLOOMINGTON, IL  61702 | 8 | | 0.00% | 0.00 | DISH NETWORK/SCH | UNSECURED CREDITOR | 3929 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256-7412 | 9 | | 0.00% | 0.00 | | UNSECURED CREDITOR | 06986 |
| **I.C. SYSTEMS INC.**<br>444 EAST HIGHWAY 96<br>P.O. BOX 64378<br>ST. PAUL, MN  55164 | 10 | | 0.00% | 0.00 | ENTERPRISE RENT A CAR/SCH | UNSECURED CREDITOR | 2784 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FIRST NATIONAL BANK OF PA**<br>C/O AAS - POB 129<br>2526 MONROEVILLE BLVD STE 103<br>MONROEVILLE, PA 15146 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 778 |
| **FORD MOTOR CREDIT CO(*)**<br>DRAWER 55-953 CH 13*<br>POB 55000*<br>DETROIT, MI 48255 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: REPOED VEHICLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4228 |
| **NCO FINANCIAL SYSTEMS INC**++**<br>POB 17116<br>WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PRGRSV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2108 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~UPMC PHYSCN SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8123 |
| **CAVALRY SPV II LLC***<br>C/O CAVALRY PORTFOLIO SERVICES LLC(*)<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 3,840.02<br>COMMENT: NT/SCH*PROVIDIAN*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1896 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 9,738.47<br>COMMENT: $/CL-PL*THRU 8/13 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4607 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,354.00<br>COMMENT: NT/SCH*CARE CREDIT/ARROW FNCL*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6690 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 357.01<br>COMMENT: NT/SCH*LENSCRAFTERS/ARROW FNCL*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2292 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: NT/SCH*CASH LINE/CASH SUPPLY*CL @ 776.72 W/DRAWN-DOC 39 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3119 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 130.00<br>COMMENT: NT/SCH*QUICK PAY/OPHRYS*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8251 |

| **UPP - UNIVERSITY OF PITTSBURGH PHYSICIAN** | Trustee Claim Number: 21  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CONVERGENT HEALTHCARE RECOVERIES | Court Claim Number: 8 | ACCOUNT NO.: 5739 |
| PO BOX 1289 | | |
| | CLAIM: 186.70 | |
| PEORIA, IL 61654 | COMMENT: NT/SCH*NO POD | |

| **CMI - COMMUNITY MEDICINE** | Trustee Claim Number: 22  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CONVERGENT HEALTHCARE RECOVERIES | Court Claim Number: 9 | ACCOUNT NO.: 5739 |
| PO BOX 1289 | | |
| | CLAIM: 30.00 | |
| PEORIA, IL 61654 | COMMENT: NT/SCH*NO POD | |