FILED
9/6/18 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| James F. Rogan, III ) | Case No.: 13-23567 TPA |
| Amy T. Rogan ) | Chapter 13 |
|     Debtors ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 1 |
| Trustee, ) | |
|     Movant, ) | Related to Document No. 78 |
| ) | |
|     Vs. ) | |
| Cavalry SPV II, LLC, ) | |
|     Respondent(s) ) | |

## ORDER OF COURT

AND NOW, this ____6th____ day of _____September_____, 2018, upon consideration of the Trustee's Objection to Claim No. 1 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 1 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____
U.S. Bankruptcy Judge

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James F. Rogan, III
Amy T. Rogan
    Debtors

Case No. 13-23567-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Sep 06, 2018
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
db/jdb        +James F. Rogan, III,    Amy T. Rogan,    134 Christy Rd.,    Saxonburg, PA 16056-8732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          James Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF4
           bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Debtor James F. Rogan, III julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com;kmeyers@st
          Kenneth Steidl    on behalf of Joint Debtor Amy T. Rogan julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com;kmeyers@st
          Matthew John McClelland    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF4
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                     TOTAL: 7