**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/12/18 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JAMES F. ROGAN, III<br>AMY T. ROGAN<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  JAMES F. ROGAN, III<br>AMY T. ROGAN<br><br>      Respondents | Case No. 13-23567TPA<br><br>Chapter 13<br><br>Document No. 91 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ____12th____ day of __October__, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Great Arrow Builders Llc
Attn: Payroll Managers
1413 9Th Ave
Beaver Falls, PA 15010-

is hereby ordered to immediately terminate the attachment of the wages of JAMES F. ROGAN, III, social security number XXX-XX-0161. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMES F. ROGAN, III.

BY THE COURT:

_____ /vas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James F. Rogan, III
Amy T. Rogan
    Debtors

Case No. 13-23567-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin              Page 1 of 1              Date Rcvd: Oct 12, 2018
                         Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.
db/jdb       +James F. Rogan, III,   Amy T. Rogan,   134 Christy Rd.,   Saxonburg, PA 16056-8732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:
          Alexandra Teresa Garcia   on behalf of Creditor   NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          James Warmbrodt   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF4
           bkgroup@kmllawgroup.com
          Kenneth Steidl   on behalf of Debtor James F. Rogan, III julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Kenneth Steidl   on behalf of Joint Debtor Amy T. Rogan julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Matthew John McClelland   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-RF4
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                     TOTAL: 7