IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 13-23567 TPA |
| James F. Rogan, III | ) | Chapter 13 |
| Amy T. Rogan, | ) | Docket No. |
| *Debtors* | ) | |
| | ) | |
| James F. Rogan, III | ) | |
| Amy T. Rogan, | ) | |
| *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

**<u>DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY</u>**

1.      The Debtors have made all payments required by the Chapter 13 Plan.

2.      The Debtors are not required to pay any Domestic Support Obligations.

3.      The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On August 21, 2018 at docket numbers 80 and 81, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

        This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

<u>November 2, 2018</u>                                              /s/ James F. Rogan, III
Date                                                                        Debtor

<u>November 2, 2018</u>                                              /s/ Amy T. Rogan
Date                                                                        Debtor

Respectfully submitted,

November 7, 2018                        /s/ Kenneth Steidl
DATE                                   Kenneth Steidl, Esquire
                                       Attorney for the Debtor

                                       STEIDL & STEINBERG
                                       707 Grant Street
                                       Suite 2830, Gulf Tower
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       Ken.steidl@steidl-steinberg.com
                                       PA I.D. No. 34965